

**VALOR**

FORENSIC ENGINEERING SERVICES

PO BOX 783, JENKS, OKLAHOMA 74037 | 918.970.4722 | 855.918.5111 (TF) | WWW.VALORFES.COM

# ROOF REPAIRABILITY ASSESSMENT
## REPORT OF FINDINGS (RULE 26)

REPORT PREPARED FOR:

## MOORE RESIDENCE
### 1208 WEST READING STREET
### TULSA, OKLAHOMA 74127

STATE FARM INSURANCE COMPANY
CLAIM NUMBER: 36-8111-P16

**EVALUATION AND REPORT PREPARED BY:**



**CHAD T. WILLIAMS, P.E.**
**PRINCIPAL ENGINEER: FORENSICS**

**MAY 6, 2021**



FILE NUMBER VFES OK-03.17.2021.01
OKLAHOMA PROFESSIONAL ENGINEERING FIRM CERTIFICATE OF AUTHORIZATION 8371, EXP. 06.30.2021

CONFIDENTIAL DOCUMENT ©2020 VALOR FORENSIC ENGINEERING SERVICES, LLC

**VALOR FORENSIC ENGINEERING SERVICES**

## SECTION 1: SCOPE OF WORK AND SUMMARY OF CONCLUSIONS

SCOPE OF WORK:

Valor Forensic Engineering Services, LLC (Valor FES) was retained on March 17, 2021, on behalf of the building owner to evaluate the roof of the residence located at 1208 West Reading Street, in Tulsa, Oklahoma. The scope of work for this evaluation was to:

1. Determine the feasibility of repairing the three-tab-style asphalt-composition shingles on the primary roof surface of the subject dwelling.

SUMMARY OF FINDINGS AND CONCLUSIONS:

Valor FES determined the findings and/or conclusions summarized below based on the Scope of Work as listed above, the review and analysis of the available and applicable data and/or images as discussed within this Report of Findings, the review of the conditions present at the subject site during the respective site evaluation(s), and the education, training, and experience of the professional engineering and other assigned staff:

1. A repairability assessment was completed near the middle of the south second floor roof slope of the residence. Damage, including the tearing of shingles and the pulling of shingles past fasteners, indicated that the propagation of damage/expansion of scopes of repair were probable. Based on the conditions observed, the repair of the existing three-tab-style asphalt-composition shingle roof surfaces would not be recommended. As such, the completion of localized repairs of the subject roof surfaces was not determined to be feasible or advisable.

The conclusions listed above are a summary of discussions and conclusions located within the Analysis Section of this report of findings. The conclusions and/or findings contained herein have been determined within a reasonable degree of engineering certainty. The Licensed Professional Engineer signing this report is the only person with the authority to change the contents of this report. Any revisions and/or changes will be provided in writing to the retaining client.

## END OF SECTION 1: SCOPE OF WORK AND SUMMARY OF CONCLUSIONS

**CONFIDENTIAL DOCUMENT**

**VALOR FORENSIC ENGINEERING SERVICES**

## SECTION 2: BACKGROUND INFORMATION

REFERENCE INFORMATION:

Mr. Chad T. Williams, P.E. (Valor FES) performed an initial site evaluation on April 12, 2021. Mr. David Thompson and Mr. Drew Jamison (both technicians to Valor FES) were present. During this site evaluation, it was understood that previous wind damage along the south roof slope had resulted in the installation of a tarp (toward the west end of the roof and near the ridge). Due to the appearance of the tarp and the understanding of previous wind damage, it was determined that it would be necessary to perform a Repairability Assessment of the three-tab-style asphalt-composition shingle roof surfaces of the subject dwelling. The owner of the dwelling and his counsel were intermittently present during the initial site evaluation. It was understood from the owner that the three-tab-style asphalt-composition shingle roof surfaces for the primary dwelling were approaching 20 years old but that the exact age was unknown.

The field phase of the Repairability Assessment was completed on April 27, 2021. Mr. Drew Jamison (a technician to Valor FES) was present during this second site evaluation to observe and assist with the operation of an unmanned aerial vehicle (UAV) drone. Mr. Jose Cruz with Valle Roofing was present to assist with the field phase of the Repairability Assessment by removing and then resetting the subject assessment shingle. An additional roofer was present (name unknown).

BUILDING SUMMARY:

Valor FES obtained and reviewed real property data relevant to the subject residence. Valor FES obtained publicly available real property from Osage County Assessor's website. The data obtained from the Osage County Assessor's website indicated that the subject dwelling was originally constructed during 1987 indicating that the subject 2,115 square foot dwelling was approximately 34 years old. PDF copies of the available and applicable real property data have been retained in the electronic files of Valor FES and are included in Attachment A. For the purposes of this report, the subject dwelling was referenced to face to the north.

The subject residence was a two-story dwelling that appeared to have been constructed with a concrete slab-on-grade foundation. The roof and wall framing were not accessible during the site evaluation. The exterior of the dwelling was primarily clad with painted panels with sections of brick veneer. The brick veneer was located primarily along the base of the perimeter walls and at the corners of the dwelling. The first-floor sections of the east and west elevations were full height (to the top of the first floor) brick veneers. A single-story addition was located at the southeast corner of the dwelling and was fully clad with painted wood siding. Valor FES did not enter into the dwelling as part of either site evaluation and has no specific information about the construction and/or conditions present to the interior of the dwelling.

EVALUATION METHODOLOGY:

The three-tab-style asphalt-composition shingle roof surfaces of the dwelling were reported to have been damaged by wind associated with a thunderstorm. To determine if the existing three-tab-style composition shingle is feasible, it was necessary to conduct a Repairability Assessment which is a process that removes and replaces individual shingles while observing the roof surface for damage. This work was completed in general conformation with the Repairability Assessment methodology included with the paper "Use of the Repairability Assessment for Evaluating Asphalt-

**CONFIDENTIAL DOCUMENT**

**VALOR FORENSIC ENGINEERING SERVICES**

composition Shingle Roof Repairs" published in the Journal of the National Academy of Forensic Engineers Volume 37: Number 1: December 2020 authored by Mr. Chad T. Williams, P.E. For reference, the author of this paper is also the author of this Report of Findings.

Due to copyright limitations, this paper cannot be included within this report. It can be obtained from the Journal's website (http://journal.nafe.org/ojs/index.php/nafe/article/view/94).

## END OF SECTION 2: BACKGROUND INFORMATION

**CONFIDENTIAL DOCUMENT**

**VALOR FORENSIC ENGINEERING SERVICES**

# SECTION 3: DATA SUMMARY AND ANALYSIS:

SCOPE OF WORK:

Valor Forensic Engineering Services, LLC (Valor FES) was retained on March 17, 2021, on behalf of the building owner to evaluate the roof of the residence located at 1208 West Reading Street, in Tulsa, Oklahoma. The scope of work for this evaluation was to:

1. Determine the feasibility of repairing the three-tab-style asphalt-composition shingles on the primary roof surface of the subject dwelling.

PHYSICAL CONDITIONS PRESENT AT SITE SUMMARY:

As previously mentioned, Valor FES attended an initial site evaluation on April 12, 2021, and then returned to the residence to complete the field phase of the repairability assessment on April 27, 2021. Summaries of the observations are listed below. Additional information may be present within the captions of individual images.

Digital images from the site evaluations on April 12, 2021, and April 27, 2021, have been included within Attachment C: Site Observations and Images: 04.12.2021 and Attachment D: Site Observations and Images: 04.27.2021. Copies of digital images obtained by Valor FES as part of its work have been retained in the electronic files.

**SITE OBSERVATION SUMMARY: APRIL 12, 2021:**

During the site evaluation on April 12, 2021, Valor FES performed a visual/tactile assessment of the three-tab-style asphalt-composition shingle roof surfaces for the subject dwelling. Additionally, an unmanned aerial vehicle (UAV) Drone was also utilized. It was apparent that portions of the left side of the three-tab-style shingles were lifted in linear patterns which extended diagonally across the roof surfaces. Dents consistent with impacts were noted to the gutters and other metal roof appurtenances. Localized areas of granule loss potentially caused or exacerbated by hail and/or other impacts were also noted to the three-tab-style asphalt-composition shingle roof surfaces. It was also noted that tears were apparent to the south window screens and circular fractures were apparent to the plastic panel roof section along the south elevation. Faded spatter marks were noted intermittently to the wood panel fences at the site.

A brown colored tarp had been placed near the ridge along the west end of the south roof slope. It appeared that a black material had been placed under the tarp and may represent previous efforts to limit water intrusions into the dwelling. The brown tarp and the black material appeared to have been nailed into the existing three-tab-style asphalt-composition shingle roof surfaces. Portions of the three-tab-style asphalt-composition shingles appeared to have been displaced around the tarp location.

It was also noted that linear areas of displaced granules were noted to the various roof slopes. The linear pattern of granule loss commonly ran parallel to the long-axis of individual shingles and diagonal to the long-axis of individual shingles.

**SITE OBSERVATION SUMMARY: APRIL 27, 2021:**

A representative subject assessment shingle was removed and reset from near the middle of the south roof slope of the dwelling. Data and images from the Field Phase of Repairability

**VFES OK-03.17.2021.01 | MOORE RESIDENCE REPORT OF FINDINGS (RULE 26) | MAY 6, 2021**

**VALOR FORENSIC ENGINEERING SERVICES**

Assessment have been included in Attachment B: Repairability Assessment: Field Data and Attachment D: Site Observations and Images: 04.27.2021.

As indicated in the Attachment B: Repairability Assessment Field Date: East Roof Slope, 4 of the 8 shingles surrounding the subject assessment shingle were damaged during the removal and resetting process. This damage occurred when the shingles pulled past the fasteners during the removal process (shingles 5, and 6) and due to tearing that developed within the shingles during the removal process (shingles 5, 7 and 8). It should be noted that the fasteners that tore during the repairability assessment were not initially overdriven. As shown within the table below, 4 shingles were indicated to have been damaged during the necessary work to perform the Field Phase of the Repairability Assessment.

| GENERAL CONDITIONS PRESENT: SOUTH ROOF SLOPE | | | |
|---|---|---|---|
| Condition (Type) | Not Present (0) | Present (1 Point Per Condition Present)) | Limiting (2 points per condition present) |
| Deterioration related to age/materials | | X | |
| Installation Errors | X | | |
| History of Previous Repairs | X | | |
| Manufacturing Defects | X | | |
| Material Obsolescence (due to size) | X | | |
| Visual Incompatibility | X | | |
| TOTAL: | 0 | 1 | 0 |

**DAMAGE PROPAGATION POTENTIAL (BASED ON THE REMOVAL AND REPLACEMENT OF A SHINGLE)**

| Number of Shingles Damaged during Field Replacement Efforts (1-Point per Damaged shingle) | 4 |
|---|---|

| TOTAL REPAIRABILITY ASSESSMENT POINTS | 5 | (Sum of Damage Propagation and General Conditions) |
|---|---|---|

0-2: Localized Repair May be Feasible depending on the overall conditions present and the availability of suitable and compatible materials.

2-4: Repairability is limited but may be feasible on a case-by-case situation depending on the availability of suitable and compatible materials.

4 or More: Repairability is limited, and localized repair is not recommended.

The propagation rate of four damaged shingles for the single shingle repaired would indicate that the number of shingles damaged during a given repair would significantly expand the necessary scope of repairs. The deteriorated condition of the shingles contributed to the observed damage and also represented a limiting factor when considering a localized repair. Given that the Total Repairability Points, 5, exceeded the 4, repairability of the three-tab-style asphalt-composition shingles is limited, and localized repair is not recommended. As discussed later within this report,

CONFIDENTIAL DOCUMENT

**VALOR FORENSIC ENGINEERING SERVICES**

it was not apparent following that a visually compatible shingle was available based on information obtained from ITEL Laboratories. While the availability of a matching shingle may represent a limiting factor, consistent visual appearance was a secondary consideration relative to other limiting factors present.

DISCUSSION AND ANALYSIS:

During the field phase of the repairability assessment, two primary types of damage were noted. The first type of damage resulted from shingles pulling past the fasteners during the removal process for the subject assessment shingle. This type of damage is due to the inability of the shingle to permit vertical displacement sufficient raise the shingle and head of the securing nail. The tearing of the shingle also tore the shingle mat. As the presence of this condition can create a point where water running under the shingle can seep into the roofing system, it would represent a limitation on the overall repairability of the roof surfaces.

The second type of failure noted was related to the tearing of shingles and was observed to multiple shingles at both assessment locations. This type of damage would also limit the overall repairability of the roof surfaces.

It was also noted that cracks had developed within the granule field sections of the three-tab-style asphalt-composition shingles. Occasional areas where nail heads were wearing through the surface of the overlying shingles were also noted. These conditions also represented limitations relative to the overall repairability of the roof surfaces.

Valor FES submitted information relative to the subject assessment shingle to ITEL Laboratories utilizing their mobile application. The resulting ITEL report dated April 30, 2021, indicated that '*A similar match is available*' in reference to the replacement shingles for the existing roof surfaces. A copy of the ITEL Laboratories report has been included in Attachment E. The ITEL Laboratories report also included the note:

"*Installers should check a roofing sample or manufacturer's color swatch before making a final color selection and purchase.*"

Valor FES reviewed the available colors from the Tamko Building Products, LLC website for Elite Glass-Seal Shingles (https://www.tamko.com/styles/elite-glass-seal). The zip code of 74127 was entered into the website on May 1, 2021 in order to review the colors of shingles available within the subject market. The 'rustic slate' color was not listed within the banner along the top of the website but was listed in the color swatches listed along the lower section of the webpage. Other colors, including 'Rustic Cedar', 'Rustic History', 'Tweed Blend', and 'Weathered Wood' identified as alternatives by ITEL were also listed. It should be noted that the alternative colors appeared to vary in color significantly among the swatches.

If visual compatibility of replacement shingles relative to the existing roof surfaces were the only limiting factor, it would be recommended to obtain samples of the newer production 'rustic slate' shingles and field verify both dimensional compatibility and visual compatibility of the existing three-tab-style asphalt-composition shingles. It should also be noted that the pulling of the shingles past the existing fasteners and the tears of the shingles indicate that a repairability of the shingles is a primary concern and that color matching is of secondary concern.

CONFIDENTIAL DOCUMENT

**VALOR FORENSIC ENGINEERING SERVICES**

A repairability assessment was completed near the middle of the south second floor roof slope of the residence. Damage, including the tearing of shingles and the pulling of shingles past fasteners, indicated that the propagation of damage/expansion of scopes of repair were probable. Based on the conditions observed, the repair of the existing three-tab-style asphalt-composition shingle roof surfaces would not be recommended. As such, the completion of localized repairs of the subject roof surfaces was not determined to be feasible or advisable.

## END OF SECTION 3: DATA SUMMARY AND ANALYSIS

CONFIDENTIAL DOCUMENT

**VALOR FORENSIC ENGINEERING SERVICES**

## SECTION 4: ATTACHMENTS:

A. Real Property Data
B. Repairability Assessment: Field Data
C. Site Observations and Images: 04.12.2021
D. Site Observations and Images: 04.27.2021
E. ITEL Roof Matching Report
F. Curriculum Vitae: Chad T. Williams, P.E. (Principal Engineer: Forensics)
G. General Conditions and Limitations
H. Rates, Terms, and General Conditions
I. Invoices

**CONFIDENTIAL DOCUMENT**

VALOR FORENSIC ENGINEERING SERVICES

# SECTION 4: ATTACHMENT A:
# REAL PROPERTY DATA

CONFIDENTIAL DOCUMENT

Parcel: 27-20-12-37100

## Osage County Report

ID: 570015060

As of: 3/16/2021

### Property Owner

**Name:** MOORE ERICA M FOSHEE & TRACY D

**Mailing Address:** 1208 W READING
TULSA, OK 74127-

**Type:** (RI) Res. Improv.
**Tax Dist:** (1901) TULSA - URBAN
**Size (Acres):** 0.000
**Extended Legal:** GIL HILLS VILLAGE II LOT 2, BLK 22

### Property Information

**Physical Address:** 1208 W READING ST

**Subdivision:** GILCREASE HILLS VILL II
**Block / Lot:** 022 / 0002
**S-T-R:** N/A

### Market and Assessed Values:

| | Taxable Market Value | Full Assessed (12.00% Market Value) |
|---|---|---|
| **Land:** | $13,440 | $1,613 |
| **Building:** | 125135 | 15016 |
| **Total:** | $138,575 | $16,629 |

### Land:

| Land Use | Size | Units |
|---|---|---|
| | 1 | Lots |

### Deed Transfers:

| Date | Book | Page | Deed Type | Stamps | Est. Sale | Grantor | Code | Type |
|---|---|---|---|---|---|---|---|---|
| 6/11/2010 | 1423 | 701 | QCD | | $0 | FOSHEE ERICA M | No | |
| 7/9/2008 | 1394 | 732 | QCD | | $0 | FOSHEE MARY A | No | |
| 9/19/1996 | 909 | 413 | Affidav | | $0 | FOSHEE WAYMOND B & MARY A H/W | No | |

Not a Legal Document.
Subject to terms and conditions.
www.datascoutpro.com
Page 11 of 61

Page 1

Parcel: 27-20-12-37100          **Osage County Report**          ID: 570015060
As of: 3/16/2021

## Details for Residential Card 1:

| Occupancy | Story | Construction | Total Liv | Grade | Year Built | Age | Condition | Beds |
|---|---|---|---|---|---|---|---|---|
| | ONE+ | Masonry, Brick/Stone | 2,115 | 3 | 1987 | 34 | Average | 3 |

| | | | |
|---|---|---|---|
| **Exterior Wall:** Masonry, Brick/ | | **Roof Cover:** Fiberglass Shingle | |
| **Heat / Cool:** Central | | **Year Remodeled:** | |
| **Plumbing:** Full: 2 | | **Fireplace:** N/A | |

## Outbuildings and Yard Improvements:

| Item | Type | Size/Dim | Unit Multi. | Quality | Age |
|---|---|---|---|---|---|
| 1 STORY FM FIREPLAC | | 1 | | | |
| 229 LF WD FENCE | | 573 | | | |
| MIN FIN./ATT GAR. | | 441 | | | |
| OPEN PORCH W/ROOF | | 54 | | | |
| SOLID WALL PORCH | | 350 | | | |
| UTIL STORAGE SHED | | 72 | | | |

## Sketches



Not a Legal Document.
Subject to terms and conditions.
www.datascoutpro.com

Parcel: 27-20-12-37100

**Osage County Report**

ID: 570015060

As of: 3/16/2021

**Photos**




Not a Legal Document.
Subject to terms and conditions.
www.datascoutpro.com
Page 13 of 61

Page 3

Parcel: 27-20-12-37100

**Osage County Report**

ID: 570015060

As of: 3/16/2021





Not a Legal Document.
Subject to terms and conditions.
www.datascoutpro.com
Page 14 of 61

Page 4

Parcel: 27-20-12-37100

# Osage County Report

ID: 570015060

As of: 3/16/2021





Not a Legal Document.
Subject to terms and conditions.
www.datascoutpro.com
Page 15 of 61

Page 5

Parcel: 27-20-12-37100
As of: 3/16/2021

**Osage County Report**

ID: 570015060

**Map:**



Not a Legal Document.
Subject to terms and conditions.
www.datascoutpro.com
Page 16 of 61

Page 6

**VALOR FORENSIC ENGINEERING SERVICES**

# SECTION 4: ATTACHMENT B:
# REPAIRABILITY ASSESSMENT: FIELD DATA

**CONFIDENTIAL DOCUMENT**

**FILE NUMBER:** VFES OK-03.17.2021.01

**FILE NAME:** Moore Residence

# VALOR

**REPAIRABILITY ASSESSMENT: FIELD DATA**                    **FORENSIC ENGINEERING SERVICES**

Address: 1208 West Reading Street        City: Tulsa        State: OK        Zip 74127

Evaluation Date: 04/27/2021        Evaluation Time: 09:50 AM

Weather Conditions: Overcast and Dry        Air Temperature: 69 F

Wind Conditions: Light        Recent Rain: None (Dry)

VFES Engineer: Chad T. Williams, P.E.        VFES Technician: Drew Jamison

Contractor: Jose Cruz        Company: Valle Roofing

Individuals Present (Representing):

Additional roofer (name unknown) from Valle Roofing was present.

Assessment Location: Southroof slope

Asphalt Composition Shingle Type: Three-tab-style asphalt-composition

Number of Shingles within the Damage Assessment Area: 8

ITEL Shingle Match Assessment Data Collected: Yes

**SUBJECT ASSESSMENT SINGLE 'X':**

Previous Damage/Conditions Present: ☒ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☒ Other: Granule surface was cracked.

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☒ Tearing of the Shingle ☒ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: The shingle was damaged during the Field Phase of the Repairability Assessment.

©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC | CONFIDENTIAL DOCUMENT

PO BOX 783, JENKS, OKLAHOMA 74037 | 918.970.4722 | 855.918.5111 (TF) | WWW.VALORFES.COM

FILE NUMBER: VFES OK-03.17.2021.01    | Moore Residence

**REPAIRABILITY ASSESSMENT: FIELD DATA**

**SHINGLE 1:**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☒ Other: Granule surface cracked.

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☐ Tearing of the Shingle ☐ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: No damage noted during the Field Phase of the Repairability Assessment.

**SHINGLE 2:**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☒ Other: Granule surface cracked.

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☐ Tearing of the Shingle ☐ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: No damage noted during the Field Phase of the Repairability Assessment.

PO BOX 783, JENKS, OKLAHOMA 74037 | 918.970.4722 | 855.918.5111 (TF) | WWW.VALORFES.COM

©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC | CONFIDENTIAL DOCUMENT

FILE NUMBER: VFES OK-03.17.2021.01    | Moore Residence

## REPAIRABILITY ASSESSMENT: FIELD DATA

**SHINGLE 3:**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☐ Other: _____

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☐ Tearing of the Shingle ☐ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: No damage noted during the Field Phase of the Repairability Assessment.

**SHINGLE 4:**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☒ Other: Granule surface cracked.

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☐ Tearing of the Shingle ☐ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: No damage noted during the Field Phase of the Repairability Assessment.

FILE NUMBER: VFES OK-03.17.2021.01    | Moore Residence

**REPAIRABILITY ASSESSMENT: FIELD DATA**

**SHINGLE 5:**

Previous Damage/Conditions Present: ☒ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☒ Other: Granule surface cracked.

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☒ Tearing of the Shingle ☒ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: Shingle damaged during the Field Phase of the Repairability Assessment.

**SHINGLE 6:**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☐ Other: _____

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☐ Tearing of the Shingle ☒ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: Shingle damaged during the Field Phase of the Repairability Assessment.

PO BOX 783, JENKS, OKLAHOMA 74037 | 918.970.4722 | 855.918.5111 (TF) | WWW.VALORFES.COM

©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC | CONFIDENTIAL DOCUMENT

FILE NUMBER: VFES OK-03.17.2021.01    | Moore Residence

**REPAIRABILITY ASSESSMENT: FIELD DATA**

**SHINGLE 7:**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☐ Other: _____

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☒ Tearing of the Shingle ☐ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: Shingle damaged during the Field Phase of the Repairability Assessment.

**SHINGLE 8:**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☒ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☐ Other: _____

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☒ Tearing of the Shingle ☐ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: Shingle damaged during the Field Phase of the Repairability Assessment.

PO BOX 783, JENKS, OKLAHOMA 74037 | 918.970.4722 | 855.918.5111 (TF) | WWW.VALORFES.COM

©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC | CONFIDENTIAL DOCUMENT

FILE NUMBER: VFES OK-03.17.2021.01 | Moore Residence

**REPAIRABILITY ASSESSMENT: FIELD DATA**

**SHINGLE 9:** ☒ **NOT USED**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☐ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☐ Other: _____

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☐ Tearing of the Shingle ☐ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: _____

**SHINGLE 10:** ☒ **NOT USED**

Previous Damage/Conditions Present: ☐ Blisters ☐ Missing Shingle Tabs/Sections

☐ Hail Bruise ☐ Circular Area of Granule Loss ☐ Torn/displaced shingle sections from wind

☐ Overdriven Nails ☐ Nails Driven at an Angle ☐ High/Low Nailed ☐ Exposed Nails

☐ Generalized Granule Loss ☐ Visible Deterioration of the Asphalt Binder/Exposed Mat

☐ Other: _____

Damage Occurring During the Repairability Assessment:

☐ Shingle Hinging/Fracturing ☐ Linear Areas of Granule Loss at Shingle Bends

☐ Tearing of the Shingle ☐ Shingle Pulled Past the Nail Head During the Removal Process

☐ Asphalt Binder/Granule Transfer at the seal strips (from above or below)

☐ Delamination along the common Nail Strip ☐ Delamination of the Laminate Tabs

☐ Edge chipping ☐ Granule and Binder Section Flaking

☐ Other: _____

NOTES: _____

PO BOX 783, JENKS, OKLAHOMA 74037 | 918.970.4722 | 855.918.5111 (TF) | WWW.VALORFES.COM

©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC | CONFIDENTIAL DOCUMENT

FILE NUMBER: VFES OK-03.17.2021.01    | Moore Residence

## REPAIRABILITY ASSESSMENT: FIELD DATA

**SITE EVALUATION NOTES/LIMITATIONS:**

The roof surfaces of the subject dwelling consisted of two different types if similar shingles. The repairability Assessment was focused on the order three-tab-style shingles present on the primary roof surfaces.  An area which had been previously trapped was present toward the west end of the south roof slope.  The subject assessment shingle was reinstalled in the original location as part of this assessment.  Adhesives were used to temporarily secure the lower edges of the disturbed shingles within the assessment area.

**TOTAL NUMBER OF DAMAGED SHINGLES:** 4

**TOTAL NUMBER OF SHNGLES WITHIN THE ASSESSMENT AREA:** 8

**DRONE/UAV INFORMATION:**

UAV Utilized: Yes                    UAV 1: Autel Evo Pro II - HV5920301739

UAV Pilot: Drew Jamison              UAV 2: Not Applicable

**SHINGLE/ROOF CONSTRUCTION INFORMATION:**

Shingle Manufacturer: Tamko: Joplin

Shingle Width (inches): 36-inches

Shingle Exposure (inches): 5-inches

Dominant Granule Colors: Reddish-brown

Roof Surface Age: Roof surfaces understood to be less than 20 years old.

Roof Valley Type: Closed

Gutter Present: Yes, partial

**END OF REPAIRABILTY ASSESSMENT: FIELD DATA.**

PO BOX 783, JENKS, OKLAHOMA 74037 | 918.970.4722 | 855.918.5111 (TF) | WWW.VALORFES.COM

©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC | CONFIDENTIAL DOCUMENT

**VALOR FORENSIC ENGINEERING SERVICES**

# SECTION 4: ATTACHMENT C:
# SITE OBSERVATIONS AND IMAGES: 04.12.2021

**CONFIDENTIAL DOCUMENT**

Photo Report by Valor Forensic Engineering Services, LLC

Created by Chad T. Williams, P.E.

26 Photos



# ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021

## VFES OK-03.17.2021.01 MOORE RESIDENCE
## 1208 WEST READING STREET, TULSA, OKLAHOMA 74127



1 / 10



Front (north) elevation of the residence.

Project: Moore Residence
Date: April 12th, 2021, 10:49 a.m.
Creator: Chad T. Williams, P.E.

West elevation of the residence.



Project: Moore Residence
Date: April 12th, 2021, 10:50 a.m.
Creator: Chad T. Williams, P.E.

South elevation of the residence.



Project: Moore Residence
Date: April 12th, 2021, 10:53 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021



East elevation of the residence.

Project: Moore Residence
Date: April 12th, 2021, 10:55 a.m.
Creator: Chad T. Williams, P.E.



Aerial view of the residence from a Valor FES UAV.

Project: Aerial Images: Moore Residence
Date: April 12th, 2021, 10:49 a.m.
Creator: David Thompson



Overview of the north end of front (west) roof slope.



Project: Moore Residence
Date: April 12th, 2021, 10:50 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021



Closer view of the north end of the west roof slope.

Project: Moore Residence
Date: April 12th, 2021, 10:50 a.m.
Creator: Chad T. Williams, P.E.



View of linear patterns of lifted left edges of shingles along the west elevation.

Project: Moore Residence
Date: April 12th, 2021, 10:53 a.m.
Creator: Chad T. Williams, P.E.



View of typical dents along the west elevation gutter (arrows).

Project: Moore Residence
Date: April 12th, 2021, 10:50 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021



Additional view of dents along the west elevation gutter.

Project: Moore Residence
Date: April 12th, 2021, 10:50 a.m.
Creator: Chad T. Williams, P.E.



A wood slat fence was located near the middle of the west elevation of the residence.

Project: Moore Residence
Date: April 12th, 2021, 10:51 a.m.
Creator: Chad T. Williams, P.E.



View of faded spatter marks along the north elevation of the west wood panel fence.

Project: Moore Residence
Date: April 12th, 2021, 10:51 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021



Snagged and displaced sections of window screening were observed at the southwest corner of the residence.

Project: Moore Residence
Date: April 12th, 2021, 10:54 a.m.
Creator: Chad T. Williams, P.E.



Closer view of the snagged and displaced window screen at the southwest corner of the residence.

Project: Moore Residence
Date: April 12th, 2021, 10:54 a.m.
Creator: Chad T. Williams, P.E.



Circular fractures were visible within the clear plastic roof panels located along the south elevation.

Project: Moore Residence
Date: April 12th, 2021, 10:54 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021



Representative circular fractures were visible within the clear plastic roof panels located along the south elevation (red arrows).

Project: Moore Residence
Date: April 12th, 2021, 10:54 a.m.
Creator: Chad T. Williams, P.E.



Project: Aerial Images - Moore Residence
Date: April 12th, 2021, 10:51 a.m.
Creator: David Thompson



Overview of the tarp located toward the west end of the roof section and near the ridge. Note that a section of ridge shingle had also been displaced (arrow).

Project: Aerial Images - Moore Residence
Date: April 12th, 2021, 10:51 a.m.
Creator: David Thompson

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021



Closer view of the brown roof tarp from the west end of the south roof slope.- Note that a black material appeared to have been located below the brown tarp. Also note that the tarp had been nailed into the shingle surface.

Project: Moore Residence
Date: April 12th, 2021, 10:40 a.m.
Creator: Drew Jamison



Linear patterns of granule loss (some parallel to the long-axis of the shingle and others diagonal to the long-axis) were present along the south roof slope (yellow arrows).

Project: Aerial Images - Moore Residence
Date: April 12th, 2021, 10:54 a.m.
Creator: David Thompson



Closer view of typical linear areas of granule loss. This section ran diagonal relative to the long-axis of the shingle.

Project: Moore Residence
Date: April 12th, 2021, 10:43 a.m.
Creator: Drew Jamison

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021



Closer view of typical linear areas of granule loss. This section ran diagonal relative to the long-axis of the shingle.

Project: Moore Residence
Date: April 12th, 2021, 10:42 a.m.
Creator: Drew Jamison



Nail heads that had worn through the ridge shingles were noted. Also note that the granule surface had cracked (red arrow).

Project: Moore Residence
Date: April 12th, 2021, 10:44 a.m.
Creator: Drew Jamison



View of a nail head that had worn through the overlying shingle.

Project: Moore Residence
Date: April 12th, 2021, 10:43 a.m.
Creator: Drew Jamison

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021



Typical view of localized areas of granule loss to the shingle tabs.

Project: Moore Residence
Date: April 12th, 2021, 10:42 a.m.
Creator: Drew Jamison



Typical view of localized areas of granule loss to the shingle tabs.

Project: Moore Residence
Date: April 12th, 2021, 10:42 a.m.
Creator: Drew Jamison

ATTACHMENT C: SITE OBSERVATIONS AND IMAGES: 04.12.2021

VFES OK-03.17.2021.01 | MOORE RESIDENCE REPORT OF FINDINGS (RULE 26) | MAY 6, 2021

**VALOR FORENSIC ENGINEERING SERVICES**

## SECTION 4: ATTACHMENT D:
## SITE OBSERVATIONS AND IMAGES: 04.27.2021

**CONFIDENTIAL DOCUMENT**

Photo Report by Valor Forensic Engineering Services, LLC

Created by Chad T. Williams, P.E.

20 Photos



# ATTACHMENT D: SITE OBSERVATIONS AND IMAGES: 04.27.2021

## VFES OK-03.17.2021.01 MOORE RESIDENCE
## 1208 WEST READING STREET, TULSA, OKLAHOMA 74127





Aerial view of the assessment area.

Project: Moore Residence
Date: April 27th, 2021, 10:17 a.m.
Creator: Drew Jamison



The existing three-tab-style asphalt-composition shingles had an approximately 5-inch exposure.

Project: Moore Residence
Date: April 27th, 2021, 10:14 a.m.
Creator: Chad T. Williams, P.E.



The overall shingle width was approximately 36-inches.

Project: Moore Residence
Date: April 27th, 2021, 10:26 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT D: SITE OBSERVATIONS AND IMAGES: 04.27.2021



The overall shingle width was approximately 36-inches.

Project: Moore Residence
Date: April 27th, 2021, 10:27 a.m.
Creator: Chad T. Williams, P.E.



Project: Moore Residence
Date: April 27th, 2021, 10:31 a.m.
Creator: Chad T. Williams, P.E.



The plastic strip along the underside of the subject assessment shingle was marked 'Tamko Joplin' and 'Pallet 10430D'.

Project: Moore Residence
Date: April 27th, 2021, 10:31 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT D: SITE OBSERVATIONS AND IMAGES: 04.27.2021



Overall view of the subject assessment shingle and shingles 2, 5, and 7 prior to the removal and resetting of the subject assessment shingle.

Project: Moore Residence
Date: April 27th, 2021, 10:11 a.m.
Creator: Chad T. Williams, P.E.



Overall view of the subject assessment shingle and shingles 4, 6, and 8 prior to the removal and resetting of the subject assessment shingle.

Project: Moore Residence
Date: April 27th, 2021, 10:11 a.m.
Creator: Chad T. Williams, P.E.



Overall view of the subject assessment shingle and shingles 1 and 34, 6, and 8 prior to the removal and resetting of the subject assessment shingle.

Project: Moore Residence
Date: April 27th, 2021, 10:12 a.m.
Creator: Chad T. Williams, P.E.

4 / 7

ATTACHMENT D: SITE OBSERVATIONS AND IMAGES: 04.27.2021



During the removal of the nails to allow for the removal of the subject assessment shingle, shingle 5 tore past the nail head.

Project: Moore Residence
Date: April 27th, 2021, 10:29 a.m.
Creator: Chad T. Williams, P.E.



During the removal of the nails to allow for the removal of the subject assessment shingle, shingle 5 tore past the nail head.

Project: Moore Residence
Date: April 27th, 2021, 10:28 a.m.
Creator: Chad T. Williams, P.E.



The right nail for shingle 5 (left) was located toward the edge and tore past the fastener.  Shingle 6 also tore past the fastener.

Project: Moore Residence
Date: April 27th, 2021, 10:29 a.m.
Creator: Chad T. Williams, P.E.



Closer view of the pulled through fastener and tearing around the fastener along the left edge of shingle 6.

Project: Moore Residence
Date: April 27th, 2021, 10:29 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT D: SITE OBSERVATIONS AND IMAGES: 04.27.2021



Shingle 8 developed a year along the right side of the left tab (near bottom of the overlapping shingle).



Closer view of the tear along the right side of the left tab of shingle 8.



Tabs for shingles 5 and 7 developed tears (yellow arrows) during the removal and resetting of the subject assessment shingle.



Closer view of the short tear along the right side of the middle tab of shingle 7.

ATTACHMENT D: SITE OBSERVATIONS AND IMAGES: 04.27.2021



Shingle 5 developed a tear along the edge of a tab (arrow).

Project: Moore Residence
Date: April 27th, 2021, 10:40 a.m.
Creator: Chad T. Williams, P.E.



The subject assessment shingle developed a tear which extended from the fastener to the tab cut out (red arrows).

Project: Moore Residence
Date: April 27th, 2021, 10:33 a.m.
Creator: Chad T. Williams, P.E.



The subject assessment shingle developed a tear which extended from the fastener to the tab cut out.

Project: Moore Residence
Date: April 27th, 2021, 10:33 a.m.
Creator: Chad T. Williams, P.E.

ATTACHMENT D: SITE OBSERVATIONS AND IMAGES: 04.27.2021

**VALOR FORENSIC ENGINEERING SERVICES**

# SECTION 4: ATTACHMENT E:
# ITEL ROOF MATCHING REPORT

**CONFIDENTIAL DOCUMENT**

# itel

**MATCHING APP ASPHALT ROOFING EVALUATION**

**CONTROL #: R3M7733891**

| | |
|---|---|
| **Attn:** Chad Williams<br>**Co:** Valor Forensic<br>Engineering Services, LLC | **From:** ITEL Laboratories, Inc.<br>**Ph:** 800-890-4835<br>customerexperience@itelinc.com |
| **CLAIM#: NOT PROVIDED TO ITEL** | |

## CUSTOMER INFO    **Customer:** Vendor    **Cust. ID:** VAFE0000

**Adjuster:** Chad Williams

**Additional:** Valor Forensic Engineering Services, LLC    **Vendor Job#:** VFESOK-03.17.2021.02    **Contact:** Chad Williams    **E-mail:** chad.williams@valorfes.com

**Date Invoiced:** 4/30/2021    **Date Received:** 4/30/2021

## LOSS INFO    **Insured Name:** Moore    **Claim #:** NOT PROVIDED TO ITEL

**Loss Location:** Tulsa, OK 74127    **Area Damaged:** MOORE RESIDENCE    **Loss Date:** 4/30/2021

## MATCHING APP RESULT    ☑ A similar match is available; see below for supplier(s).

## MATCHING PRODUCTS    ☑

**MATCH 1** Tamko Elite Glass-Seal

**Type:** 3-Tab Standard    **Warranty:** 25    **Mat:** Fiberglass

| Comparison to Submitted Specs | Different<br>5 | | 4 | | Similar<br>3 | | 2 | | Same<br>1 |
|---|---|---|---|---|---|---|---|---|---|
| Warranty | | | | | | | | | |
| Physical Dimensions | | | | | | | | | |

**Suppliers:**
· Spec Building Materials Corp, 7 miles: 918-832-1566, Tulsa, OK, 74112
· ABC Supply #035, 10 miles: 918-627-9348, Tulsa, OK, 74145

**Manufacturer Info:**
www.tamko.com / (800) 641-4691

**Best Color Match\*:** Rustic Slate

**Other Candidate Color Matches\*:** Rustic Cedar, Rustic Hickory, Tweed Blend, Desert Sand, Weathered Wood,

*\*Color matches are calculated based on analysis of the data and images submitted. Due to the limitations of digital imaging and the wide variety of lighting conditions possible, the best color match may be one of the "Other Candidate Color Matches" listed above. Installers should check a roofing sample or manufacturer's color swatch before making a final color selection and purchase.*

## ADDITIONAL COMMENTS    **See PERSONALIZED HOMEOWNER ROOFING MATCH REPORT page for product photos.**

· Installers should verify visual and dimensional compatibility before purchasing and installing replacement products.
· We want to hear from you! Please contact ITEL Customer Experience with any questions at 800-890-4835.

Print Date 4/30/2021 10:02:46 AM

**itel** **Homeowner's Personalized Matching App Roofing Report**

| | |
|---|---|
| **Insured Name:** Moore | |
| **Claim Number:** NOT PROVIDED TO ITEL | |
| **Report #:** R3M7733891   **Date:** 4/30/2021 | |

## Your Roofing:  A similar matching product is available.



### ✓ Match 1: Tamko Elite Glass-Seal

**Type:** 3-Tab Standard
**Warranty:** 25
**Mat:** Fiberglass
**Manufacturer Info:**
www.tamko.com / (800) 641-4691

**Where to Buy:**
· **Spec Building Materials Corp** - 7 miles away, 918-832-1566, Tulsa, OK, 74112
· **ABC Supply #035** - 10 miles away, 918-627-9348, Tulsa, OK, 74145

*Distributor inventory varies; specific products and colors may need to be ordered. Some distributors will only sell to licensed roofing contractors.*

**Best Color Match\*:**  Rustic Slate

**Other Candidate Color Matches\*:**  Rustic Cedar, Rustic Hickory, Tweed Blend, Desert Sand, Weathered Wood,

*\*Color matches are calculated based on analysis of the data and images submitted. Due to the limitations of digital imaging and the wide variety of lighting conditions possible, the best color match may be one of the "Other Candidate Color Matches" listed above. Installers should check a roofing sample or manufacturer's color swatch before making a final color selection and purchase.*

---



## Matched with the ITEL Matching App

*ITEL performed a national search based on the submitted specifications and photos of your product to find you the best available match. If you have questions, contact ITEL Customer Experience: support@itelinc.com or call 800-890-ITEL (4835).*

---

**IMPORTANT NOTE CONCERNING COLOR:** ITEL strives to accurately match the color of the original product to the closest available products based on the submitted sample specifications and images. Due to manufacturing variances, differences in digital images and computer monitors, printer accuracy, and variation in natural exterior lighting, actual colors may differ from the images above and the original product. Check a roofing sample or manufacturer's color swatch before making a final color selection and purchase.

Print Date 4/30/2021 10:02:46 AM

**VALOR FORENSIC ENGINEERING SERVICES**

## SECTION 4: ATTACHMENT F: CURRICULUM VITAE:
## CHAD T. WILLIAMS, P.E. (PRINCIPAL ENGINEER: FORENSICS)

**CHAD T. WILLIAMS, P.E.**
PRESIDENT AND PRINCIPAL ENGINEER: FORENSICS
C: 918.845.8442 CHAD.WILLIAMS@VALORFES.COM



CURRICULUM VITAE                                    FORENSIC ENGINEERING SERVICES

PO BOX 783, JENKS, OKLAHOMA 74037    |    855.918.5111 (TF)    |    WWW.VALORFES.COM

## PROFESSIONAL EXPERIENCE:

Mr. Williams is a Licensed Professional Engineer with more than 18 years of engineering experience, including more than 12 years of forensic engineering and maintenance/operations engineering.    Primary areas of practice include the evaluation of residential, commercial, industrial, and institutional facilities to determine the causes and extents of damage related to improper design, construction defects and damage due to weather events and other causes.

## AREAS OF PRACTICE AND EXPERIENCE:

- The evaluation of commercial, industrial, institutional, and residential roofing systems to determine the cause and extent of damage as a result of construction and/or installation defects, fire, hail, wind, tornadoes, and other conditions/causes of damage. Roofing systems evaluated include built-up roofing systems (modified-bitumen cap sheet, gravel ballasted and non-ballasted systems), ceramic and concrete roofing tiles, asphalt-composition shingles of various types, metal roof panels of various types, various type of single-ply roof membranes (EPDM, TPO and others), Spray Polyurethane Roofing (SPF) and conventional and alternative installation slate roofing systems.
- The assessment of roof surfaces to determine the feasibility and practicality of repairs due to existing site and material conditions.
- The evaluation of commercial, industrial, institutional, and residential buildings to determine the cause and extents of damage resulting from design errors/omissions and construction defects.  This includes the review of engineering documents and records from the original project design.
- The evaluation of exterior building veneers including brick, EIFS, stone, stucco, and other exterior building wall systems.
- The evaluation of residential, commercial, industrial, and institutional facilities to determine the cause and extent of foundation failures as a result of plumbing failures, soils movement, and other causes.
- The evaluation of residential and commercial facilities to determine the extent of damage resulting from seismic activity within Arkansas, Kansas, and Oklahoma.
- The evaluation of residential, commercial, industrial, and institutional facilities to determine the extent of damage as a result of winds and the direct or indirect passage of tornadoes.
- The evaluation of residential and commercial buildings for damage as a result of natural gas and other explosions.
- The evaluation of residential and commercial buildings to determine the extent of damage as a result of flooding events and/or surface rainfall runoff as a result of the construction of roadways and/or other land development projects.
- The evaluation of airfield and airport facilities to determine the cause and extents of damage to pavements, pavement markings, and buildings.
- The evaluation and condition assessment of concrete and asphalt pavements for roadways, sidewalks, parking lots, and other pavements to determine the cause and extents of failure.

©2020 VALOR FORENSIC ENGINEERING SERVICES, LLC

MAY 5, 2021: PAGE 1 OF 4

**CHAD T. WILLIAMS, P.E.**
PRESIDENT AND PRINCIPAL ENGINEER: FORENSICS
C: 918.845.8442 CHAD.WILLIAMS@VALORFES.COM



| CURRICULUM VITAE | FORENSIC ENGINEERING SERVICES |

PO BOX 783, JENKS, OKLAHOMA 74037     |     855.918.5111 (TF)     |     WWW.VALORFES.COM

- The design of commercial, institutional, and industrial site grading and drainage plans.
- The design of accessibility routes and systems in accordance with ADA.
- The design and analysis of utility systems including:
    o Potable water distribution,
    o Sanitary sewers, and
    o Storm water drainage and management systems.
- Developed training process and procedures for new hire professional engineering staff and technicians.
- Performed technical and peer reviews of engineering documents.

## PROFESSIONAL ENGINEERING LICENSURE:

- Licensed Professional Engineer: Alabama, Arkansas, Colorado, Florida, Indiana, Iowa, Kansas, Kentucky, New Mexico, Louisiana, Mississippi, Missouri, Nebraska, North Carolina, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, and Wyoming.
- NCEES Model Law Engineer.

## EDUCATION:

- Bachelor of Science in Civil Engineering, July 2001, The University of Oklahoma. Primary areas of study: Civil Engineering, Geotechnical Engineering, and Structural Engineering.
- EFI/Vale Advanced Roofing Certification (EVS/R™ 100013), July 2016

## PROFESSIONAL ENGINEERING EMPLOYMENT:

- Valor Forensic Engineering Services, LLC: President and Principal Engineer/Designated Agent, 2019 to Present (Forensics)
- Insight Forensics Inc: Principal Engineer/Designated Agent, 2019 (Forensics)
- EFI Global, Inc.: Senior Engineer/Engineer of Record, 2016 - 2019 (Forensics)
- PTC|LWG: Tulsa, Oklahoma, Senior Engineer, 2015-2016 (Forensics)
- Rimkus Consulting Group, Inc.: Consultant, Senior Consultant/Engineer of Record, 2011-2015 (Forensics)
- Parsons (Maintenance Engineering): Senior Engineer/Lead Civil Engineer, 2008-2011 (Operations, Maintenance, and Forensic Engineering)
- SMC Consulting Engineers, P.C.: Project Manager, 2006-2008 (Land Development /Utilities)
- BKL, Inc.: Project Manager/Civil Engineer, 2005-2006 (Transportation/Utilities)
- Sack and Associates, Inc.: Project Manager, 2004-2005 (Land Development/Utilities)
- Kellogg Engineering, Inc: Civil Engineer, 2003-2004 (Land Development/Utilities)
- City of Owasso, Oklahoma: Civil Engineer 2002-2003 (Land Development/Operations)

## PROFESSIONAL AFFILIATIONS:

- American Society of Civil Engineers (ASCE), Member (2004 to Present)
- National Academy of Forensic Engineers (NAFE), Associate Member (2017 to Present),
- National Society of Professional Engineers (NSPE), Member (2014 to Present):

©2020 VALOR FORENSIC ENGINEERING SERVICES, LLC

MAY 5, 2021: PAGE 2 OF 4

**CHAD T. WILLIAMS, P.E.**
PRESIDENT AND PRINCIPAL ENGINEER: FORENSICS
C: 918.845.8442 CHAD.WILLIAMS@VALORFES.COM



**VALOR**

| CURRICULUM VITAE | FORENSIC ENGINEERING SERVICES |

PO BOX 783, JENKS, OKLAHOMA 74037    |    855.918.5111 (TF)    |    WWW.VALORFES.COM

- o    Financial Technology Task Force Member (2016),
- o    Business Model Task Force II Member (2017-2018)
- Oklahoma Society of Professional Engineers (OSPE), Member (2014 to Present):
  - o    Vice President for Membership (2015 - 2016), Board Member
  - o    House of Delegates Member for Oklahoma (2016-2019), Board Member
  - o    President-Elect (2019 to 2021), Board Member
  - o    Member, Board of Directors (2015 to 2023)

## CONTINUING EDUCATION COURSES PRESENTED:

- *Challenges in Forensic Engineering* (CE seminar: Oklahoma Engineering Conference, June 2019),

- *Determining the Repairability of Asphalt Composition Shingles* (CE Seminar: National Academy of Forensic Engineers (NAFE) Winter Meeting, January 2020), (CE Seminar: Oklahoma Engineering Conference (Virtual) 2020)

- *Differentiating Earthquake Movement from Other Structural Movements* (CE seminar: Multiple Dates and Locations),

- *Forensic Engineering* (CE Seminar: Oklahoma Engineering Conference, June 2016),

- *Light Residential and Commercial Earthquake Evaluations* (CE Seminar: National Academy of Forensic Engineers (NAFE) Summer Meeting, July 2018),

- *Lightning Strikes to Residential Buildings: Impacts beyond the electrical system* (CE Seminar: National Tornado Summit, February 2019),

- *Wind and Hail Damage to Commercial Roofing* (CE seminar: National Tornado Summit, February 2018),

- *Wind, Wave or Something Else: The forensics of boat dock evaluations* (CE seminar: National Tornado Summit, February 2019), and

- *Thermal Imaging: Applications in Investigations* (CE seminar: Multiple Dates and Locations)

## PUBLICATIONS:

- Use of the Repairability Assessment Method for Evaluating Asphalt-Composition Shingle Roof Repairs. *Journal of the National Academy of Forensic Engineers*, *37*(1): December 2020

©2020 VALOR FORENSIC ENGINEERING SERVICES, LLC

**CHAD T. WILLIAMS, P.E.**
PRESIDENT AND PRINCIPAL ENGINEER: FORENSICS
C: 918.845.8442 CHAD.WILLIAMS@VALORFES.COM



| CURRICULUM VITAE | FORENSIC ENGINEERING SERVICES |

PO BOX 783, JENKS, OKLAHOMA 74037    |    855.918.5111 (TF)    |    WWW.VALORFES.COM

## PRIOR EXPERT WITNESS TESTIMONY (DEPOSITION):

- July 8, 2015: Tom Mullins; Fenton, Fenton, Smith, Reneau, and Moon (Oklahoma City); William Shdeed Vs. Alterra Excess and Surplus Company and Markel Insurance Company; Evaluation of a plumbing failure at a commercial building.

- January 23, 2018: Bruce A. Spence; Spence Law Office (Tulsa), Advanced Urology and Advanced Wellness Center Muskogee, LLC Vs. Gulf Harbors Construction, New Ground Resources, Inc., New Ground International, Inc., and Massey-Mann, LLC; Construction Defect regarding site work and drainage.

- March 28, 2018: R. Ryan Deligans, Durbin Larimore & Bialick (Oklahoma City); Southern Nazarene University Vs Federal Insurance Company; The evaluation of reported seismic damage to and academic building.

- July 2, 2020: Jennifer Martin; Wilson Elser Moskowitz Edelmen & Dicker, LLP; Nicholas Albracht Vs. Indemnity Insurance Company of North America, Review of an engineering report performed by others.

©2020 VALOR FORENSIC ENGINEERING SERVICES, LLC

MAY 5, 2021: PAGE 4 OF 4

**VALOR FORENSIC ENGINEERING SERVICES**

# SECTION 4: ATTACHMENT G:
# GENERAL CONDITIONS AND LIMITATIONS

**CONFIDENTIAL DOCUMENT**

VFES OK-03.17.2021.01 | MOORE RESIDENCE REPORT OF FINDINGS (RULE 26) | MAY 6, 2021

**VALOR FORENSIC ENGINEERING SERVICES**

# SECTION 4: ATTACHMENT G:
# GENERAL CONDITIONS AND LIMITATIONS:

This Report of Findings resulted from an evaluation conducted by Valor Forensic Engineering Services, LLC (Valor FES) based on the Scope of Work requested by the retaining client. Evaluations are based on visible and tactile conditions only and do not include destructive testing unless otherwise indicated. Evaluations may have utilized instruments to measure various parameters present to building materials and/or other items at the site. The use of specific instruments will be identified within the text of the report of findings (if utilized). Mold assessments and air quality assessments have not been performed and are outside of this scope of work. Reports of Findings have a defined scope and are not intended to identify all conditions that may be present at or within a given building/site.

Licensed Professional Engineers and Engineering Firms have a professional and ethical obligation to protect the health, welfare, and safety above all other considerations while remaining objective in our evaluations. Valor FES determined the findings and/or conclusions as stated within this report within a reasonable degree of engineering certainty based primarily on the conditions present at the site at the time of the site evaluation(s), the review of applicable data (as indicated within the text of the report), and based on the education, training, and experience of the professional engineering and other assigned staff. Valor FES had no stake or financial interest in the subject property or outcome of any insurance claim or litigation related to this matter.

**VALOR FES RESERVED THE RIGHT TO REVIEW ANY DATA, CONDITIONS, OR OTHER INFORMATION THAT BECOME AVAILABLE FOLLOWING THE ISSUANCE OF THIS REPORT OF FINDINGS AND TO REVIEW/REVISE THIS REPORT OF FINDINGS ACCORDINGLY.**

Any third-party data included within this report is subject to the terms, restrictions, limitations, and/or suitability for use restrictions of the data provider/source. Valor FES has not independently verified the accuracy, completeness, or methodology of any third-party data sources utilized in the preparation of this report.

The recommendations/conclusions included within this report are intended for developing cause(s) of failure, cost estimates and scopes of repair only unless otherwise indicated. **THIS REPORT OF FINDINGS SHALL NOT BE ACCEPTED BY ANY JURISDICTION AS FINAL SIGNED, AND SEALED CONSTRUCTION PLANS.** It may be necessary for the building owner retain the services of design professionals (properly licensed within the jurisdiction where the subject matter is located) to develop actual construction plans. Dimensions and/or quantities are approximate. Any contractors retained by the owner to complete repair work will remain solely responsible for their work including but not limited to verification of all dimensions and quantities, the determination of construction sequencing and erection techniques, compliance with any and all applicable building codes and manufacturer instructions and/or recommendations, the quality, fit, and finish of their work, and for completing the work.in a safe and workmanlike manner.

Valor FES has provided final versions of this report to the client (or their designated representative) in a digital format via email or a digital file transfer website unless otherwise requested. This report is confidential and will not be released to any other parties without the approval of the retaining client unless otherwise required by law. Valor Forensic Engineering Services, LLC disclaims any contractual relationship, duty, or obligation to any party other than the client to whom this report is titled.

**THE FINANCIAL LIABILITY FOR VALOR FES TO THE RETAINING CLIENT IS LIMITED TO THE VALUE OF THE FEES RECEIVED FOR THE EVALUATION. NO OTHER WARRANTY OR SUITABILITY FOR SPECIFIC USES OR PURPOSES IS STATED OR IMPLIED.**

**REPORT CONTENTS/FORMAT ©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC. TRANSMISSION, REPRODUCTION, AND/OR DISTRIBUTION OF THIS DOCUMENT BY ANY PARTY OTHER THAN THE RETAININD CLIENT WITHOUT THE EXPRESSED WRITTEN PERMISSION OF VALOR FORENSIC ENGINEERING SERVICES, LLC (UNLESS REQUIRED BY LAW) IS EXPRESSLY PROHIBITED.** Clients and/or their designated representatives retain the right to transmit this report of findings as necessary for processes related to the subject matter.

TEMPLATE DATE: 05.04.2021

**CONFIDENTIAL DOCUMENT**

**VALOR FORENSIC ENGINEERING SERVICES**

# SECTION 4: ATTACHMENT H:
## RATES, TERMS, AND GENERAL CONDITIONS

**CONFIDENTIAL DOCUMENT**



**FORENSIC ENGINEERING SERVICES**

PO BOX 783, JENKS, OKLAHOMA 74037 | 918.970.4722 | 855.918.5111 (TF) | WWW.VALORFES.COM

## RATES, TERMS, AND GENERAL CONDITIONS
(Effective 01.01.2021 to 07.01.2021)

### GENERAL INFORMATION:

Valor Forensic Engineering Services, LLC (Valor FES) is a Professional Engineering Firm which provides forensic engineering consulting services to adjusters, appraisers, attorneys, contractors, property owners, and other parties directly involved with a given subject matter.

### EVALUATION FEES AND COSTS:

Professional services are based on either a 'fixed fee' basis or on a 'time and cost' basis derived from a defined scope of work. Fees for our services are due based upon the work performed and cannot be continent on the outcomes of any specific matter. Valor FES, at its sole discretion, reserves the right to require the payment of retainer based on the value of the proposed services plus anticipated costs. Evaluations on a 'fixed fee' basis are subject to revised (increased or decreased) budgets based on revised scopes of work.

<u>'TIME AND COST' FILE BILLING RATES:</u>

Professional Engineering services ('Time and Cost' basis) are offered at the following billing rates:

| | |
|---|---|
| Principal Engineer (P.E.) | $230/hour (Legal/Testimony $300/Hour) |
| Senior Engineer (P.E.) | $210/hour (Legal/Testimony $260/Hour) |
| Staff Engineer (P.E.) | $180/hour (Legal/Testimony $210/Hour) |
| Associate Engineer (P.E./E.I.) | $150/Hour (Legal/Testimony $185/Hour) |
| Engineering Technician | $75/hour (Legal/Testimony $100/Hour) |
| Technical Writer/Administration | $75/hour |
| Vehicle Mileage: | Current IRS Mileage Rate (roundtrip from office to site) |
| Tolls and Parking: | Cost plus 10 percent. |

<u>APPRAISAL UMPIRE SERVICES:</u>

Billing for Valor FES staff acting as an Umpire in an appraisal shall be based on 'Time and Cost" billing rate listed above. Valor FES reserves the right to decline to engage in any specific appraisal process at its sole discretion.

**A full cost retainer (divided among the involved parties as defined by the relevant policy or law) will be required to be received by Valor FES based on estimated costs/time prior to the performance of any work related to Appraisal Umpire services.**

<u>LEGAL/TESTIMONY BILLING RATES:</u>

Legal/Testimony rates (as listed above) include deposition, court testimony, or involvement in any other dispute resolution process. Evaluations related to matters involved in litigation at the time of engagement may also be subject to Legal/Testimony billing rates. Deposition or other testimony are subject to a minimum charge of 8-hours of preparation time billed at the legal/testimony rate for review of file materials and other preparation. It should be noted that individual files may require more than 8 hours for the review of file materials and other deposition

CONFIDENTIAL DOCUMENT ©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC

RATE SHEET, TERMS, AND CONDITIONS

**VALOR FORENSIC ENGINEERING SERVICES**

preparation. The time spent in deposition or other testimony will be billed in 4-hour increments at the Legal/Testimony rates and will be subject to a 4-hour minimum charge.

**Valor FES may require, at its sole discretion, the receipt of retainer equal to the estimated cost of preparing for and attending any testimony prior to scheduling the testimony. All costs related to providing information requested under subpoena will be the responsibility of the retaining client unless otherwise indicated by law.**

THIRD PARTY SERVICES:

Professional engineering and associated services may include the engagement of third-party providers for field assessments/testing, for the development of weather data/resources, and obtaining technical references and/or other necessary data. Any third-party data included within the work of Valor FES will remain subject to the terms and limitations imposed by the specific data provider.

Expenses related to third party services will be billed to the retaining client at actual cost-plus 10 percent. The costs of third-party services will either be included in the initial evaluation budget accepted by the client or approved in writing prior to be incurred. At the discretion of Valor FES, third-party services may be separately billed from other professional engineering and associated services when incurred and due within 15 days.

OUT OF REGION TRAVEL:

Out of Region travel is defined as a matter that requires more than 6 hours of roundtrip travel (by car) from the primary office or matters that necessitate hotel stays as a result of multi-day evaluations. Costs associated with out of region travel may include airfare, rental cars, hotels, per diem, and other necessary expenses. Meal costs are billed based on current GSA per diem rates.

Due to the inherent variability of evaluation schedules, Valor Forensic Engineering Services, LLC will book necessary airfare via Southwest Airlines as 'Anytime' or 'Business Select' fares whenever possible. Depending on scheduling and/or geographic limitations, alterative airline arrangements may be necessary. When traveling by other airlines, Valor FES may elect to book travel at a higher fare classification when financially prudent due to the costs associated with bag fees or other charges.

**OPERATIONAL LIMITATIONS (COVID19 PANDEMIC):**

Due to the ongoing COVID19 Pandemic, Valor FES retains the right to temporarily suspend firm operations in totality or in specific cities, states and/or geographic locations due to the imposition of quarantines, travel restrictions, or other operational restrictions which would limit our work. These service disruptions may also occur as a result of actions undertaken by governments related to necessary travel routes to and/or from the respective sites.

In the event that such a service suspension is necessary, Valor FES will notify the retaining clients for matters impacted by this decision. Valor FES also retains the right to implement operational requirements, restrictions and/or suspensions beyond those imposed by various government agencies at its sole discretion.

CONFIDENTIAL DOCUMENT ©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC

RATE SHEET, TERMS, AND CONDITIONS

**VALOR FORENSIC ENGINEERING SERVICES**

To the extent feasible and legally permissible, Valor FES will continue to work with retaining clients to reduce the impacts associate with any necessary operational requirements, restrictions, and/or suspensions. **The implementation of service suspensions or disruptions may increase the time and expenses necessary for Valor FES to complete Scopes of Work. As the COVID19 Pandemic is beyond our control, Valor FES shall not be liable for detrimental consequences which occur as a result of delays resulting from service suspensions and/or disruptions.**

## PAYMENT TERMS:

Professional engineering and associated services are billed upon the completion of the current scope of work, excluding evaluations where work will continue beyond 30 days. For evaluations continuing beyond 30-days, invoices will be sent monthly. Payment for all invoices will be due within 15-days and are not contingent upon any specific outcomes for a given matter. Full payment of any and/or all outstanding balances from the retaining client may be required at the discretion of Valor FES prior to the release of final signed and sealed reports, or other documents to the retaining client. Professional engineering and associated services may be billed against retainers until exhausted at which time additional retainer funds may be requested for the continuation of work at the discretion of Valor FES.

Unless alternative arrangements are made, invoices remaining unpaid after 30-days are subject to incur interest costs at an annual rate of 18% (1.5% compounded monthly). Valor FES reserves the right to suspend involvement with any and all matters for which the retaining client has invoices that remain unpaid beyond 60 days. Should additional costs be incurred from the collection process, those costs will be due from the retaining client.

## GENERAL CONDITIONS:

The professional engineering and other services provided by Valor Forensic Engineering Services, LLC will be performed with a degree of skill and care consistent with the practices of the forensic engineering profession in the area where the subject building was located, and at the time of the evaluation. Findings and Conclusions as stated within Reports of Findings are determined within a reasonable degree of engineering certainty based on the conditions present at the site at the time of the site evaluation(s), based on the review of applicable and available data, and based on the education, training, and experience of the professional engineering and other assigned staff. No other warranty, suitability for use, or outcome is expressed and/or implied. **The financial liability of Valor Forensic Engineering Services, LLC resulting from the performance of its services shall be limited to the cost of the services billed/performed during the initial assessment/preparation of the report of findings. All work is subject to the limitations as listed within the Report of Findings or other issued documents.**

Valor Forensic Engineering Services, LLC reserves the right to review any additional data, conditions, and/or information that becomes available following the issuance of the Report of Findings. If necessary, Valor Forensic Engineering Services, LLC also reserves the right to review and/or update findings and/or conclusions based upon new information.

Mold assessments and air quality assessments are beyond the scope of work performed by Valor FES. As reports of findings have a defined scope, it is not intended to identify all conditions that may be present at or within a given building/site.

**CONFIDENTIAL DOCUMENT ©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC**

RATE SHEET, TERMS, AND CONDITIONS

**VALOR FORENSIC ENGINEERING SERVICES**

Due to professional obligations, perceived or actual conflicts of interest, workload, limitations in areas of expertise, and other factors; Valor Forensic Engineering Services, LLC retains the right to decline to accept or to decline to remain involved with a specific evaluation or matter.  The decision to decline to accept or to decline to remain involved with a matter is a decision that will be solely at the firm's discretion.  If Valor Forensic Engineering Services, LLC determines that it is necessary to withdraw from a matter, this action will be taken in writing to the retaining client.

## REPORT FORMATS AND DELIVERY METHODS:

Valor Forensic Engineering Services, LLC will provide a signed and sealed copy of prepared reports to the retaining client (or their designated representative) in a digital format via email or a digital file transfer website unless otherwise required by law.  If requested, a printed copy of the report can be provided to the retaining client.  This report is confidential and will not be released to any other parties without the approval of the retaining client unless otherwise required by law. Valor Forensic Engineering Services, LLC disclaims any contractual relationship, duty, or obligation to any party other than the retaining client.

Report content and format ©2021 Valor Forensic Engineering Services, LLC.  Transmission, reproduction, and/or distribution any reports or other documents without the expressed written permission of Valor Forensic Engineering Services, LLC (unless required by law) is expressly prohibited.

## RETAINAGE AND STORAGE OF EVIDENCE:

Certain evaluations will require the collection, storage, and/or transfer of evidence collected during site evaluations.  Evidence storage fees are incurred when evidence is obtained and not immediately sent to a lab or other party.  The costs of securing evidence and transferring evidence to a lab will be billable to the client.  Storage fees are incurred on a monthly basis and will typically be billed to the client on a quarterly basis.  The time that evidence in considered to be stored begins with the date of collection until written consent is provided by the client to dispose of or transfer the evidence.

Storage Rates:

Initial Intake Fee:                             $25/each item
Small Items (Less than 4 cubic feet): $30/month
Items larger than 4 cubic feet:          Quoted

Alternative Storage/Evidence Transfer:

Valor FES maintains a limited evidence storage capacity and may need to transfer storage to a contract provider or affiliated company.  Clients/ evidence owners will be notified prior to the transfer of any evidence.

Disposal of Evidence:

The termination of storage and disposal of evidence will require the written approval of the client sent through email, US Mail, or hand delivery.  Evidence that is relevant to multiple parties will require the approval of all parties prior to the disposal of the evidence.  The disposal of large or hazardous evidence may incur a disposal fee.  Any evidence released by the retaining client for disposal may be retained at no further expense for research purposes.

CONFIDENTIAL DOCUMENT ©2021 VALOR FORENSIC ENGINEERING SERVICES, LLC

VALOR FORENSIC ENGINEERING SERVICES

## SECTION 4: ATTACHMENT I:
## INVOICES

CONFIDENTIAL DOCUMENT

## INVOICE

Valor Forensic Engineering Services, LLC
PO Box 783
Jenks, OK 74037
(855) 918-5111
info@valorfes.com

**Project Lead:**
Chad T. Williams, P.E.
(918) 845-8442
chad.williams@valorfes.com



**Zachary (Zac) Housel**
**Mansell, Engel & Cole**
**VFES OK-03.17.2021.01 - Moore Residence**
**1208 West Reading Street**
**Tulsa, OK 74127**

| | |
|---|---|
| **Invoice #** | 1477 |
| **Date** | 5/1/2021 |
| **Amount Due** | $2,002.20 |
| **Due Date** | 5/16/2021 |

Make A Payment →

🔒 Verified Secure

Chad T. Williams, P.E.

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Attend Site Evaluation | 04.12.2021 | 1.50 | $230.00 | $345.00 |
| Travel and and from the site | 04.12.2021 | 1.00 | $230.00 | $230.00 |
| Mileage | 04.12.2021 | 40.00 | $0.59 | $23.60 |
| Repairability Assessment | 04.27.2021 | 1.00 | $900.00 | $900.00 |
| Travel to and from the site | 04.27.2021 | 1.00 | $230.00 | $230.00 |
| Mileage | 04.27.2021 | 40.00 | $0.59 | $23.60 |
| Roofing Contactor | 04.27.2021: Third party vendor to perform physical labor of removing/resetting the subject assessment shingle. | 1.00 | $250.00 | $250.00 |

| | |
|---|---|
| **Sub Total** | $2,002.20 |
| **Total** | $2,002.20 |
| **Amount Paid** | $0.00 |
| **Balance Due** | $2,002.20 |

### SPECIAL INSTRUCTIONS

Updated to reflect $250 invoice from roofing subcontractor 5/13/2021.

# INVOICE

### VALLE ROOFING LLC.

4680 S. Urbana Ave.
Tulsa, OK. 74135
Cell: 1 (918) 808-0405
Fax: 1 (918) 794-6038

ORDER #: OK 80000247
DATE: May 06/2021

COMPANY                    Valor Forensics

| JOB # | JOB NAME | JOB ADDRESS |
|---|---|---|
|  |  | 1208 W. Reading St Tulsa, OK. 74127 |

| SQS | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Shingle Repair / Assistance | $        250.00 | $        250.00 |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |
|  |  |  | $            - |

|  |  |  | $            - |
|  |  |  | $            - |

|  |  |  |
|---|---|---|
| SUBTOTAL | $ | 250.00 |
| DRAW | $ | - |
| TOTAL | $ | 250.00 |