OPERATION GUIDE

| DATE | GENERAL CLASSIFICATION | SUBJECT | NUMBER |
|---|---|---|---|
| 12-19-2018 | Claim Practices<br>Fire | Wind/Hail<br>Roofing Guidelines | 75-160 |

**Table of Contents**

I. PURPOSE
II. INVESTIGATION/INSPECTION GUIDELINES
    A. When to Inspect
    B. Prior to the Inspection
    C. What to Inspect
    D. Inspection Safety
    E. Photographs
    F. Test Squares
    G. Measurements
    H. Diagrams/Sketch
    I. Aerial Measurement Services
    J. Other Appurtenances
III. ADJUSTMENT GUIDELINES
    A. Repair vs. Replace
    B. Footfall
    C. Composition Roofs
    D. Wood Roofs
    E. Tile Roofs
    F. Metal Roofs
    G. Substitution of Roofing Materials
    H. Mechanical Damage
    I. Roof Decking
    J. Composition Roofing Installed Over Wood Shake/Shingle Decking Surface
IV. ROOFING ESTIMATICS
    A. Waste and Rounding
    B. Split Coding
    C. Steep Charge
    D. Two-Story Charge
    E. Accessibility
    F. Roof Openings
    G. Other Appurtenances
    H. Valleys
    I. Starter strips
    J. Hip and Ridge Caps
    K. Self-Adhered Waterproof Membrane
    L. Overhead and Profit
    M. Depreciation
    N. Roofing Product
    O. Sealing of shingles
V. TEAR-OFF
VI. ROOFING LOCATOR SERVICE
VII. USE OF EXPERTS/ENGINEERS
VIII. SUBROGATION (ROOF)
IX. CODING
X. PRIOR DAMAGE – ROOF
    A. Prior Roof Claim, No Repairs Completed
    B. Prior Roof Claim, Roof Replaced, Tear-off Not Completed
    C. Prior Roof Claim, Damage Not Repaired, New Loss After Replacement Cost Benefits Expired
    D. Prior Roof Claim, Damage Not Repaired, New Loss Before Replacement Cost Benefits Expired

**EXHIBIT 2**

bent backwards and a fracture forms through the matting material. If the wind caused the seals to break, it may require hand sealing.

Unsealed shingles: Most composition shingles are manufactured with a heat activated sealant strip, which bonds the shingles together once applied to the roof and exposed to sufficient heat. At times, the bond between courses may become less flexible and break. This breakage may be due to a number of factors, such as cold weather, footfall, improper adherence of the original sealant, or wind. It is important to note any unsealed shingles that may be observed during the inspection. The claim handler should consider whether the breakage of the bond was caused by accidental direct physical loss, which may include, looking for evidence of tearing on the shingle below or by observing residue underneath the shingle from the sealant. Refer to: Section IV. Roofing Estimatics - O. Sealing of Shingles.

Heat Blisters: Heat blisters are small bubbles or crater-like holes that are generally less than 1/2" in diameter. Heat blisters result from a manufacturing defect during the production of the shingle and are not damage caused by hail. Mere exposure to normal elements can open blisters. In the absence of any other evidence of direct damage from a covered peril to the roof, broken heat blisters alone are not considered evidence of covered damage. Consider payment for this damage if the heat blister(s) were broken by hailstone impact.

D. Wood Roofs

Damage occurs to wood roof coverings when water shedding ability or the life expectancy of the material is reduced. Damage from hail, wind, normal weathering and defects may be observed to a wood roof surface.

Marks/scratches: Wood shingles/shakes that show only surface marks or scratches are not considered damage requiring repair/replacement of the shake/shingle. This does not affect the intended purpose of the wood shingles/shakes and disappears with weathering.

Splits: A wood shingle/shake is damaged only when the hailstone causes it to split and compromises its watertight integrity. This split typically offers a contrast in the colors or appearance of the shingle. The area newly exposed to the weather elements by the impact is generally unaffected by the weather and appears new and/or appears fresh since it has not been exposed to elements which alter the color of the wood such as rain, debris, and/or ultraviolet rays of the sun. This is in contrast to the weathered shakes/shingles which are greyer or more weathered in appearance since they have been exposed to elements such as rain, debris and/or ultraviolet rays of the sun. One of the main indicators of hail damage to a wood shake/shingle roof is splits in the roofing which may be affiliated with an impact mark. Splits resulting from hail will typically show the color of fresh wood. Weather splits may demonstrate an inverted "v" pattern which may be an indication that the split has developed over a period of time from normal weathering.

Cupping, curling, cracking: Cupping, curling and cracking is a natural aging process of a wood roof and is generally not considered accidental direct physical loss.

Wind: Wind damage to a wood shake/shingle occurs when a portion of the shake/shingle is blown off the roof.

E. Tile Roofs

Damage occurs to tile roof coverings when the water shedding ability or life expectancy of the material is reduced. Damage from hail, wind, normal weathering, and defects may be observed to a tile roof surface.

Chips and Cracks: Chips and cracks resulting from a hail stone impact would be considered damage resulting from hail. Chipping and cracking may also occur during the manufacturing or installation process which may not be covered damage.

Holes: When a hole is created in a tile from a hail stone, the underside of the tile will show chipping to the tile around the diameter of the hole. This chipping will be directed toward the roof surface.

Corner Cracking: A crack observed in the bottom right corner of one or more tiles is typically a result of an installation defect or normal wear and tear due to natural cracking which may occur in a weak area of the tile. Corner cracking of this nature is typically not a result of wind or hail damage.

Spalling/Flaking: Spalling and flaking is typically caused by weathering and impurities in the tile that experience a different thermal expansion or water absorption than the material around the impurity. Spalling and flaking of this nature is typically not a result of wind or hail damage.

Loose Tiles: Loose tiles may result from wind damage or when the system used to fasten the tiles fails. The claim